Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT
for the

District of

Division



FILED
Jan 22 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ SusanNyamanjiva   DEPUTY

| | |
|---|---|
| Winnie Odette Diggs <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Police Chief Neal Gallucci, and <br> DMV Director Jean Shiomoto <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **'24CV0152 RBM DDL** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Winnie Odette Diggs |
   | Street Address | 1630 Moore Ave #5 |
   | City and County | Pueblo, Pueblo County |
   | State and Zip Code | Colorado 81005 |
   | Telephone Number | 719-553-8530 |
   | E-mail Address | wd.analyticalresearch@gmail.com |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jean Shiomoto |
| Job or Title *(if known)* | Director Jean Shiomoto. California Department of Motor |
| Street Address | Vehicles. 2415 1st Ave., Mail Station F101. Sacramento, CA 95818-2606 . |
| City and County | Sacramento, |
| State and Zip Code | California   95818-2606 |
| Telephone Number | |
| E-mail Address *(if known)* | LADRegulations@dmv |

Defendant No. 2

| | |
|---|---|
| Name | Neil Gallucci |
| Job or Title *(if known)* | Carlsbad Police Department |
| Street Address | 2560 Orion Way, Carlsbad, CA 92010 |
| | Phone: (760) 931-City and County |
| State and Zip Code | California 92010 |
| Telephone Number : | (916) 395-6244. |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Defendant No. 4
- Name: N/A
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Winnie Odette Diggs, is a citizen of the State of *(name)* Colorado.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* DMV Director Jean Shiomoto, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* N/A.

2. If the defendant is a corporation

Page of 8

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* Carlsbad Police Department .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.  **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Defendants solicited courts' clerks to do damage to plaintiff's case The case was dismissed, no adjudication i.e.Plaintiff's documents were not put on pacers, picture evidence of legends and probes on plaintiff's skin was never filed with the District Court…Plaintiff is targeted and is still suffering from physical constraint, financial hardships, emotional stress, pain and suffering, loss of a program created through San Diego Small Business Administration (SBA) and National Institution of Health (NIH): copyright, and fraud infringement started in 2021, on going today 1/3/2024. See attachment for more details. The District Court and now the Superior Court in San Diego refuse to accept and file my case in court Since 2018. Case was Vacated and Remanded 2/22/21 by the Supreme Court Washington DC. No response from the District Court San Diego California, I contacted District Court:I was told the case will be reviewed this was 10/05/22, I was sent a blank receipt; today is 9/03/23, Contact was Barbara L Major, Magistrate Judge, I was called from (619)557-7372, Suite 1110. The case "is closed" has been no communication since, The program is worth billions; sponsored by SBIR and the STTR program, is in Jeopardy and its has franchising capabilities.

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Please see attachments for more details.  Please see "Statement Of The Case"

The defendant, *(name)* Police Chief Neal Gallucci and Carlsbad Police Department; and Jean Shiomoto, Director of Department of Motor Vehicle

*amount)* $ 1000 per day *(use one or more of the following, as appropriate)*: Targeting, torture,..

A

on *(date)* June 21, 2016 the sum of *(specify the amount)* $ 2,555,000.00 with interest at the rate

Page of 8

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

of *(specify the amount)* 30% The defendants have continued to ignore my plea for JUSTICE   The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____ . A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

    The Defendants are being charged for Torture, cruel and inhuman torture, prosecution spanining over seven years, tortured randomly and at defendant will. Plaintiff is wrongfully charged with crimes prosecuted and made to suffer by defendant's and defendant agents. By performing heinous acts against Plaintiff.

**B.   On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $ __N/A__ . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due.  The defendant owes *(specify the amount)* $ __N/A__ . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*
SEE ATTACHMENT: Statement of the case for moe details

**C.   For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ __N/A__ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

**D.   For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ __N/A__ , for money the plaintiff loaned the defendant on *(date)* __N/A__ .

**E.   For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ __N/A__ for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who*

Page  of 8

*paid and describe the circumstances of the payment)*

F. **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ _____N/A_____ on *(date)* _____ by

*(identify who paid and describe the circumstances of the payment)*

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)*

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. // When I arrived in Carlsbad CA. I saw no Africans on the beaches. Not all of the police or townspeople were racist. While at the Encinitas Library. I was singled out by "Honey" the librarian, to harriss. She called two armed police to put me out of the library. I was the only African American in the Library 1. I wrote a letter to Governor Brown's office. 2. I was accused of a DUI (two officers pulled behind me with no lights on. I was forced to pay sanctions 4. I was prosecuted 6 months before my trial. 5. forced to sleep in my now disabled Volvo. 6. 15 to 20 whites were standing across the street when I was pulled over, . I was driving my replacement car 7. I was physically attacked with shock waves, <u>before the officers</u> towed the replacement car 8. my privates were violated. 9. at the clinic the Dr told me I had "ulcers" on my anus. 10. No hospital in the area would see me. 11 North County Health Center, who later changed their name; would not **allow me to see my doctor**, 12. A white male clerk, who was my doctor's assistant, is now in charge at my doctor's office. He wrote delusions on my medical records. 13. Forcing me to see a syc evaluation if I wanted to see Rox Anna again. After a 10 minute conversation, offered me hallucinogens ``for the pain". 14. "You don't have to worry about the pain, " she said. 15. I reported the incident to the Director of the North County Health Center who did nothing. 16. I am still seeking medical assistance. 17. At the current Hospital; Dr Roberts, while I was being distracted by another Doctor he had called into the room, 18. Doctor Roberts gave me a shot in my left shoulder. 19. I ended up in an Albertson's parking lot across town; where the sandwich I was eating started moving. 20. I somehow drove home. 21. On my next appointment at Mary Corwin Hospital, the hospital had changed my Doctor to Dr. Shing. and then Dr. Xzavia. Today is 01/4/2024. I filed charges against Carlsbad police chief Neil Gallucci and DMV Jean Shimoto in the District Court San Diego. I wrote complaint letters to Courts about the criminal attacks on me and my cases in the District Court. I have been targeted, I am tortured… I want to be compensated 1000.00 day for each day I have been targeted since 06/2016. With interest

PLEASE SEE "Statement of the case"  Attached to this Complaint form

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 2 2024

Signature of Plaintiff
Printed Name of Plaintiff    Winnie Odette Diggs

B.  **For Attorneys**

Date of signing:  N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address