

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Winnie Odette Diggs<br><br>**Plaintiff,**<br>V.<br>Police Chief Neil Gallucci, Carlsbad Police Department; DMV Director Jean Shiomoto, California Department of Motor<br>**Defendant.** | Civil Action No.  24CV0152-RBM-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The complaint is dismissed without leave to amend.

Date:   10/3/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen
                                                        J. Petersen, Deputy